UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALEXIS ROSENFELD, et al., | No. C 12-1647 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, | |
| Defendant. | |

Upon review of the parties' Joint Case Management Statement, the Court VACATES the July 19, 2012 Case Management Conference.  Defendant shall file any motion to remand by September 6, 2012.  If Defendant has not filed a motion, the parties shall file an updated joint statement by September 13, 2012.

**IT IS SO ORDERED.**

Dated: July 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEXIS ROSENFELD et al,

    Plaintiff,

v.

U.S. OFFICE OF PERSONNEL MANAGEMENT et al,

    Defendant.

Case Number: CV12-01647 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Rosenfield
Barbara Goodyear
Stephen Rosenfield
284 Wawona Street
San Francisco, CA 94127

Dated: July 13, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk