UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALEXIS ROSENFELD, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>　　　　　　　Defendant.<br>_____/ | No. C 12-1647 MEJ<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CASE ELECTRONICALLY** |

　　　Before the Court is Plaintiff Stephen Rosenfield's request to file documents electronically through the e-filing system.  Good cause appearing, Plaintiff's request is hereby GRANTED, on condition that Plaintiff first register as an Electronic Case Filing User on the Court's website.  Specifically, Plaintiff must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice stating that the e-filing password has been received.  If such notice is filed, Plaintiff may thereafter file documents electronically, and Defendant(s) shall be relieved of their duty to serve Plaintiff with paper copies of each electronically-filed document.

　　　**IT IS SO ORDERED.**

Dated: July 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge